IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVIVISION

JEROME ALLEN BARGO                                                           PETITIONER

v.                          Civil No. 06-5158

LARRY B. NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

**O R D E R**

      Petitioner, a prisoner at the Arkansas Department of Correction, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is represented by counsel. Having reviewed the petition, the following order is entered this 29th day of August 2006:

      Counsel is granted permission to serve a copy of the petition, along with a copy of this order, on the respondent and the Attorney General of the State of Arkansas. The respondent is ordered to answer within twenty (20) days from the date of service.

      IT IS SO ORDERED.

      /s/Beverly Stites Jones
      HON. BEVERLY STITES JONES
      UNITED STATES MAGISTRATE JUDGE